Trial Cause No. 14-CRD-52
Court of Appeals No. 04-15-00080-CR

AT 10:08 O'CLOCK A. M

FEB 2 4 2015

H. BARION, CLERK
DISTRICT CLERK, DUVAL COUNTY, TEXAS
BY Mundy Quinn DEPUTY

FILED IN
IN THE DISTRICT COURT OF APPEALS
SAN ANTONIO, TEXAS
2/27/2015 3:26:17 PM
Tri      KEITH E. HOTTLE
Clerk

| | | |
|---|---|---|
| STATE OF TEXAS | * | IN THE DISTRICT COURT OF |
| VS. | * | 229TH JUDICIAL DISTRICT |
| JERRY LEE TRIGO | * | DUVAL COUNTY, TEXAS |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Jon Kelly, attorney of record in the above cause, and makes this his Motion to Withdraw as Counsel in the above-styled and numbered cause, and would show as follows:

I.

Withdrawal can be accomplished without material adverse effect on the interests of the client and without unnecessarily delaying the due administration of justice.

II.

The undersigned attorney seeks to withdraw because counsel has fulfilled the obligation conferred through this court-appointment.

Further, at Defendant Trigos' request a Notice of Appeal was timely filed and received by the Fourth Court of Appeals and it would be in the Defendant's interest to allow the undersigned to withdraw as attorney of record in this case. The Defendant will not be adversely affected by the granting of this Motion, and this Motion is not filed to delay these proceedings

IV.

A copy of this Motion has been hand delivered to Defendant Trigo.

WHEREFORE, PREMISES CONSIDERED, Jon Kelly, Movant, respectfully requests that the Court grant his motion and withdraw his name as attorney of record in the above styled

and numbered cause.

Respectfully submitted,

_____
Jon Kelly, S.B.N. 11223500
P.O. Box 1697
Alice, Texas 78333
Tel. 361-660-1090 Fax 866-283-2207
ATTORNEY FOR DEFENDANT

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing Motion to Withdraw was this date hand delivered to the District Attorney.

_____
Jon Kelly

Date: 3/24/15

Trial Court Cause No. 14-CRD-52
Court of Appeals No. 04-15-00080-CR

| | | |
|---|---|---|
| STATE OF TEXAS | * | IN THE DISTRICT COURT |
| VS. | * | 229TH JUDICIAL DISTRICT |
| JERRY LEE TRIGO | * | DUVAL COUNTY, TEXAS |

## ORDER

On this 25th day of February, 2015, came on to be heard Defendant's attorney, Jon Kelly's Motion to Withdraw. The Court after hearing the argument and evidence of counsel is of the opinion that Defendant's attorney of record in this cause should be allowed to withdraw:

IT IS THEREFORE ORDERED, that Jon Kelly be withdrawn as attorney of record in this cause.

SIGNED: February 25, 2015.

_____
JUDGE PRESIDING

CAUSE NO. 14-CRD-52

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| V | § | DUVAL COUNTY, TEXAS |
| | § | |
| JERRY LEE TRIGO | § | 229TH JUDICIAL DISTRICT |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THIS COURT and ALL PARTIES OF RECORD:**

NOW COMES, **CALIXTRO VILLARREAL, JR.**, the undersigned Attorney and files

this Notice of Appearance on behalf of **JERRY LEE TRIGO** in the above reference cause.

Undersigned has been retained and all notice should be sent to Counsel.

Respectfully submitted,

CALIXTRO VILLARREAL, JR.
205 W. Main Street
Rio Grande City, Texas 78582
Telephone No.: (956) 487-3739
Facsimile No.: (956) 487-8670

By: _____
Calixtro Villarreal
State Bar No.: 20581905
Attorney for Defendant

## CERTIFICATE OF SERVICE

I, Calixtro Villarreal, Jr., Attorney for the Defendant in the above and foregoing **NOTICE OF**

**APPEARANCE** do hereby certify that a copy of the same has been forwarded to same has been

forwarded to the District Attorneys of Duval County, P.O. Box Drawer 428, San Diego, TX 78384, before

5:00 o'clock p.m. time of the recipient on the 24th day of February, 2015

Calixtro Villarreal Jr

CAUSE NO: 14-CRD-52

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 229th DISTRICT COURT |
| | § | |
| JERRY LEE TRIGO | § | DUVAL COUNTY, TEXAS |

## DEFENDANT'S MOTION FOR NEW TRIAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW **JERRY LEE TRIGO**, Defendant herein, through counsel, Calixtro Villarreal, respectfully moves for a new trial based upon newly discovered evidence and in the interest of justice. The newly discovered evidence consists principally of exculpatory evidence. The court should grant this motion for new trial in the interest of justice because the plea was not entered intentionally and knowingly. Because this motion raises matters outside the trial record, is properly verified by the attached affidavit, and is timely filed and presented, The Defendant is entitled to an evidentiary hearing and the Court would abuse it's discretion by denying him such a hearing. *See Reyes v. State, 849 S.W.2d 812, 816* (Tex. Crim. App. 1992).

### I.

This cause was set for a Trial on January 28, 2015, the defendant waived a jury in this cause and the case was submitted to the Court. Defendant pled guilty to the offense of Aggravated Assault with a Deadly Weapon and was sentenced to 35 years to serve in the institutional division of TDCJ. Defendant was sentenced by this Honorable Court on January 28, 2015.

## II.

Defendant's Motion for New Trial should be granted because his plea was not entered voluntary and knowingly.

## III.

1. The Defendant was denied full disclosure of discovery.

2. The Defendant's procedural rights were violated.

**WHEREFORE, PREMISES CONSIDERED**, Defendant prays for a hearing, and for a new trial.

Respectfully submitted,

Law Office Of Calixtro Villarreal, Jr.
205 W. Main Street
Rio Grande City, Texas 78582
Telephone No: (956) 487-3739
Facsimile No: (956) 487-8670

By:_____
Calixtro Villarreal, Jr.
State Bar No. 20581905
Attorney for Defendant

## CERTIFICATE OF SERVICE

This is to certify that on February 24, 2015, a true and correct copy of the above and foregoing Defendants Motion for New Trail was served on the District Attorney's Office, Duval County, P.O. Drawer 428, San Diego, Texas 78384, by hand delivery.

Calixtro Villarreal, Jr.

**STATE OF TEXAS** §
§
**COUNTY OF ~~STARR~~** ZAPATA §

"Before me personally appeared CALIXTRO VILLARREAL who after being sworn deposed and said that he had read the above Motion for New Trial and the contents therein are true."

CALIXTRO VILLARREAL
Attorney for Defendant

**SIGNED AND SWORN** to before me on this the 24 day of February, 2015.

NOTARY PUBLIC, State of Texas

Notary's Printed Name: Janet Villarreal

My Commission Expires: 07-30-2016

<u>CAUSE NO: 14-CRD-52</u>

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | **IN THE DISTRICT COURT** |
| | § | |
| **VS.** | § | **229th DISTRICT COURT** |
| | § | |
| **JERRY LEE TRIGO** | § | **DUVAL COUNTY, TEXAS** |

## ORDER PRESENTING MOTION FOR NEW TRIAL AND REQUESTING A HEARING

COMES NOW, JERRY LEE TRIGO, Defendant in the above-styled and numbered cause, and having timely filed this Motion for New Trial on February 24, 2015, and it being required that Defendant "present" said motion to the Court within ten (10) days of filing it, **see Tex. R. App. P. 21.4(a)**, the Court now finds that such motion is, in fact, timely presented, and

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that this Motion for New Trial be set for an evidentiary hearing on the _____ day of _____, 2015, at _____ o'clock _____. M., in the 229th District Court of Duval County, Texas.

**SIGNED AND ENTERED** on this the _____ day of _____, 2015.

_____
HONORABLE ANA LISA GARZA

## CAUSE NO: 14-CRD-52

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
|---|---|---|
| | § | |
| VS. | § | 229th DISTRICT COURT |
| | § | |
| JERRY LEE TRIGO | § | DUVAL COUNTY, TEXAS |

## ORDER ON MOTION FOR NEW TRIAL

JERRY LEE TRIGO, Defendant in the above-styled and numbered cause, having timely filed his Motion for New Trial on February 24, 2015, and it having been timely presented to this Court on February _____, 2015, See **Tex. R. App. P. 21.4(a)**, and after considering the evidence heretofore ordered by the Court and arguments of both parties

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the foregoing Motion for New Trial be and is hereby:

_____ GRANTED

_____ DENIED, to which the Defendant timely objected.

DONE AND ENTERED this _____ day of _____ 2015.


_____
HONORABLE JUDGE ANA LISA GARZA

XC
Calixtro Villarreal
205 West Main Street
Rio Grande City, Texas  78582
Tel: (956) 487-3739
Fax: (956) 487-8670